■ CARMINE PORPORA, Respondent, v. WESCON TRANSPORTATION Co., INC., et al., Appellants.— Two orders of the Supreme Court, Westchester County, entered on July 20, 1967 and December 1, 1967, respectively, reversed, on the law and the facts, without costs; plaintiff's motions denied; and defendants' motion to stay the action and to compel arbitration granted. In our opinion,

plaintiff's dismissal from the defendant corporation was a proper matter for arbitration. It follows that the injunction *pendente lite* should not have been granted (CPLR 7503, subd. [a]) and the order of contempt should, likewise, not have been issued (*Bachman* v. *Harrington,* 184 N. Y. 458). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.